IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LUCY PINDER, DENISE MILANI, and CARMEN ELECTRA,<br><br>Plaintiff,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 2:24-cv-33 |

## O R D E R

Plaintiffs filed their Complaint on March 1, 2024.  Doc. 1.  Defendant filed a motion to dismiss on June 7, 2024.  Doc. 10.  On July 26, 2024, the Court reminded the parties of their obligations under Federal Rule of Civil Procedure 26(f) and directed the parties to file their Rule 26(f) report within 14 days.  Doc. 15.  The parties then filed a motion to stay discovery and other deadlines while the motion to dismiss was pending.  Doc. 16.  The Court granted the stay on August 12, 2024.  Doc. 17.  The Court informed the parties the stay would lift automatically upon resolution of the motion to dismiss, should any claims remain pending.  Id.  The Court also informed the parties they were to file a Rule 26(f) report within 21 days of the issuance of an Order on the motion to dismiss.

The Honorable Lisa Godbey Wood entered an Order on the motion to dismiss on December 30, 2024, leaving some of Plaintiffs' claims pending.  Doc. 18.  Accordingly, the parties were to submit their Rule 26(f) report on or before January 20, 2025, or 21 days after the ruling on the motion to dismiss.  Defendant timely filed its Answer to Plaintiffs' Complaint on

January 29, 2025, doc. 21.[1]  But the parties have not submitted their Rule 26(f) report, as directed.  Doc. 17; see also Doc. 3 (the Court's Rule 26 Order).  The Court **ORDERS** the parties to submit their Rule 26(f) report **on or before February 5, 2025**.  The parties shall use and complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.

      **SO ORDERED**, this 29th day of January, 2025.

      _____
      BENJAMIN W. CHEESBRO
      UNITED STATES MAGISTRATE JUDGE
      SOUTHERN DISTRICT OF GEORGIA

---

[1] While the parties sought an extension for Defendant to file its Answer, doc. 19, they did not seek an extension for the filing of their Rule 26(f) report.