IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LUCY PINDER, DENISE MILANI, and CARMEN ELECTRA, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:24-cv-33 |
| v. | |
| NAUTILUS INSURANCE COMPANY, | |
| Defendant. | |

**O R D E R**

The parties filed a Consent Motion for Stay of Proceedings. Doc. 35. The parties ask the Court to stay the proceedings in this case pending private mediation, which is scheduled for June 26, 2025. Id. Upon review, the Court **GRANTS** the parties' Motion and **STAYS** the proceedings, including discovery obligations, in this case through June 27, 2025. If the parties are unable to reach an agreement as a result of the private mediation, they are to file another proposed amended schedule on or before June 30, 2025.

**SO ORDERED**, this 26th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA